

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00402-CR

| | | |
|---|---|---|
| Paula Faye Netter | § | From the 396th District Court |
| | § | of Tarrant County (1210337D) |
| v. | § | May 30, 2013 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $20,803.79 restitution amount. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By _____
Justice Lee Gabriel